1
2
3
4
5
6
7
8                     IN THE UNITED STATES DISTRICT COURT
9                    FOR THE EASTERN DISTRICT OF CALIFORNIA
10   JAMES ANDREW BRINKLEY,
11           Petitioner,                 No. CIV S-12-0386 CKD P
12      vs.
13   YUBA COUNTY SUPERIOR COURT,
14           Respondent.                 ORDER
15   _____/
16           Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of
17   mandamus pursuant to 28 U.S.C. § 1651. Petitioner has not, however, filed an in forma pauperis
18   affidavit or paid the required filing fee ($5.00). See 28 U.S.C. §§ 1914(a); 1915(a). Petitioner
19   will be provided the opportunity to either submit the appropriate affidavit in support of a request
20   to proceed in forma pauperis or submit the appropriate filing fee.
21           In accordance with the above, IT IS HEREBY ORDERED that:
22           1. Petitioner shall submit, within thirty days from the date of this order, an
23   affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee;
24   petitioner's failure to comply with this order will result in the dismissal of this action; and
25   /////
26   /////

                                           1

1      2. The Clerk of the Court is directed to send petitioner a copy of the in forma
2  pauperis form used by this district.
3   Dated: February 21, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

/mp
brin0386.101a